**ORIGINAL**

By Fax

Bonny Sweeney (SBN 176174)
Stephanie Cho (SBN 291903)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980
bsweeney@hausfeld.com
scho@hausfeld.com

Michael Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
mhausfeld@hausfeld.com

2019 APR -5 PM 3:41 FILED

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MANOJKUMAR SAMATHANAM, <br><br> PLAINTIFF, <br><br> V. <br><br> NANDASENA GOTABAYA RAJAPAKSA, A.K.A. GOTABAYA RAJAPAKSA, <br><br> DEFENDANT. | Case No. **CV19-02626**-JFW-PLAx <br><br> **EX PARTE APPLICATION TO FILE A SEALED COMPLAINT, CIVIL COVER SHEET, AND SUMMONS PURSUANT TO CIVIL L.R. 79-5 AND FOR DOCUMENTS NOT TO APPEAR IN THE PUBLIC DOCKET** |

- 1 -
APPLICATION FOR LEAVE TO FILE UNDER SEAL

ORIGINAL
By Fax

1  Bonny Sweeney (SBN 176174)
2  Stephanie Cho (SBN 291903)
   **HAUSFELD LLP**
3  600 Montgomery Street, Suite 3200
4  San Francisco, CA 94111
   T: (415) 633-1908
5  F: (415) 633-4980
6  bsweeney@hausfeld.com
   scho@hausfeld.com
7
8  Michael Hausfeld
   **HAUSFELD LLP**
9  1700 K Street NW
10 Suite 650
   Washington, DC 20006
11 T: (202) 540-7200
12 F: (202) 540-7201
   mhausfeld@hausfeld.com
13

14

15
              UNITED STATES DISTRICT COURT FOR THE
16
                  CENTRAL DISTRICT OF CALIFORNIA
17

18
19 ROy MANOJKUMAR SAMATHANAM, ) Case No. CV19-02626-JFW-PLAx
                                )
20             PLAINTIFF,       ) **EX PARTE APPLICATION TO FILE**
                                ) **A SEALED COMPLAINT, CIVIL**
21       V.                     ) **COVER SHEET, AND SUMMONS**
                                ) **PURSUANT TO CIVIL L.R. 79-5**
22 NANDASENA GOTABAYA           ) **AND FOR DOCUMENTS NOT TO**
   RAJAPAKSA, A.K.A. GOTABAYA   ) **APPEAR IN THE PUBLIC DOCKET**
23 RAJAPAKSA,                   )
                                )
24             DEFENDANT.       )
                                )
25                              )
                                )
26                              )
27 _____

28
                            - 1 -
          APPLICATION FOR LEAVE TO FILE UNDER SEAL

1  Plaintiff, by counsel, hereby requests this Court for an order permitting the filing of a sealed complaint, civil cover sheet and summons, pursuant to Civil L. R. 79-5, and ordering the documents not to appear in the public docket, only until such time as Defendant may be served with the summons and complaint. The reasons for said filing appear in the affirmation of Bonny E. Sweeney, attached hereto.

For these reasons and such other reasons as may appear just to the court, Plaintiff requests that his motion for leave to file a sealed complaint and accompanying papers be granted.

DATED: April 5, 2019

/s/ Bonny E. Sweeney

Bonny E. Sweeney
Stephanie Cho
**HAUSFELD LLP**
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980
bsweeney@hausfeld.com
scho@hausfeld.com

Michael Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
mhausfeld@hausfeld.com

APPLICATION FOR LEAVE TO FILE UNDER SEAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott A. Gilmore
**LAW OFFICE OF SCOTT A. GILMORE**
1717 K Street, NW, Suite 900
Washington, DC 20006
T: (510) 374-9872
scott.allen.gilmore@gmail.com

- 3 -
APPLICATION FOR LEAVE TO FILE UNDER SEAL