**ORIGINAL**
By Fax

1 Bonny Sweeney (SBN 176174)
2 Stephanie Cho (SBN 291903)
**HAUSFELD LLP**
3 600 Montgomery Street, Suite 3200
4 San Francisco, CA 94111
T: (415) 633-1908
5 F: (415) 633-4980
bsweeney@hausfeld.com
6 scho@hausfeld.com
7
8 Michael Hausfeld
**HAUSFELD LLP**
9 1700 K Street NW
Suite 650
10 Washington, DC 20006
11 T: (202) 540-7200
F: (202) 540-7201
12 mhausfeld@hausfeld.com

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

CV19-02626-JFW-PLAx

| | |
|---|---|
| ROY MANOJKUMAR SAMATHANAM, | Case No.: |
| PLAINTIFF, | **PROPOSED ORDER PERMITTING FILING UNDER SEAL AND FOR DOCUMENTS NOT TO APPEAR ON PUBLIC DOCKET PENDING SERVICE** |
| V. | |
| NANDASENA GOTABAYA RAJAPAKSA, A.K.A. GOTABAYA RAJAPAKSA, | |
| DEFENDANT. | |

- 1 -
PROPOSED ORDER ON APPLICATION TO SEAL

ORIGINAL

By Fax

Bonny Sweeney (SBN 176174)
Stephanie Cho (SBN 291903)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980
bsweeney@hausfeld.com
scho@hausfeld.com

Michael Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
mhausfeld@hausfeld.com

2019 APR -5 PM 4:03

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

CV19-02626-JFW-PLA

| | |
|---|---|
| ROY MANOJKUMAR SAMATHANAM, | Case No.: |
| PLAINTIFF, | **PROPOSED ORDER PERMITTING FILING UNDER SEAL AND FOR DOCUMENTS NOT TO APPEAR ON PUBLIC DOCKET PENDING SERVICE** |
| V. | |
| NANDASENA GOTABAYA RAJAPAKSA, A.K.A. GOTABAYA RAJAPAKSA, | |
| DEFENDANT. | |

- 1 -
PROPOSED ORDER ON APPLICATION TO SEAL

1  Upon the ex parte application of the plaintiffs for an order permitting the filing
2  of a sealed complaint, civil cover sheet, summons and related filings, and for such
3  documents not to appear on the public docket, upon review of the affirmation of
4  counsel in support and all other filings related thereto, it is hereby
5  ORDERED that plaintiffs' application for leave to file a sealed complaint, civil
6  cover sheet and summons be approved, and it is
7  ORDERED that plaintiffs' application for leave to file a sealed complaint, civil
8  cover sheet and summons shall not appear on the public docket, and it is
9  FURTHER ORDERED, that the complaint, civil cover sheet and summons in
10 the within action shall be placed under seal and not appear on the public docket until
11 such time as proof of service of the summons and complaint is returned and filed by
12 plaintiffs with the Clerk of the Court.
13 IT IS SO ORDERED.
14
15 Date: _____, 2019
16
17                                              _____
                                                 UNITED STATES JUDGE
18
19
20
21
22
23
24
25
26
27
28