ORIGINAL
FILED
By Fax

2019 APR -8  PM 4: 23

1  Bonny Sweeney (SBN 176174)
2  Stephanie Cho (SBN 291903)
   **HAUSFELD LLP**
3  600 Montgomery Street, Suite 3200
4  San Francisco, CA 94111
   T: (415) 633-1908
5  F: (415) 633-4980
6  bsweeney@hausfeld.com
   scho@hausfeld.com
7
8  Michael Hausfeld
   **HAUSFELD LLP**
9  1700 K Street NW
   Suite 650
10 Washington, DC 20006
11 T: (202) 540-7200
   F: (202) 540-7201
12 mhausfeld@hausfeld.com
13
14
15
16         UNITED STATES DISTRICT COURT FOR THE
17            CENTRAL DISTRICT OF CALIFORNIA
18
19 ROY MANOJKUMAR SAMATHANAM,)  Case No.: 19-CV-02626-JFW-PLAx
                             )
20              PLAINTIFF,   )  **PLAINTIFF'S NOTICE OF**
                             )  **WITHDRAWAL OF EX PARTE**
21       V.                  )  **APPLICATION TO SEAL AS MOOT**
                             )
22 NANDASENA GOTABAYA        )
   RAJAPAKSA, A.K.A. GOTABAYA)
23 RAJAPAKSA,                )
                             )
24              DEFENDANT.   )
                             )
25                           )
                             )
26                           )
27
28

- 1 -
NOTICE TO WITHDRAW APPLICATION TO SEAL

On April 5, 2019, Plaintiff Roy Manojkumar Samathanam submitted his Application to File a Sealed Complaint, Civil Cover Sheet, and Summons and for Documents Not to Appear in the Public Docket ("Application"). Plaintiff Samathanam now files this Notice to inform the Court that he is withdrawing his previously filed Application.

DATED: April 8, 2019

/s/ Bonny E. Sweeney

Bonny E. Sweeney
Stephanie Cho
**HAUSFELD LLP**
600 Montgomery Street
Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980
bsweeney@hausfeld.com
scho@hausfeld.com

Michael Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
mhausfeld@hausfeld.com

Scott A. Gilmore
**LAW OFFICE OF SCOTT A. GILMORE**
1717 K Street, NW, Suite 900
Washington, DC 20006
T: (510) 374-9872
scott.allen.gilmore@gmail.com