ORIGINAL

FILED
By Fax

2019 APR -8  PM 4: 22

Bonny Sweeney (SBN 176174)
Stephanie Cho (SBN 291903)
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980
bsweeney@hausfeld.com
scho@hausfeld.com

Michael Hausfeld
**HAUSFELD LLP**
1700 K Street NW
Suite 650
Washington, DC 20006
T: (202) 540-7200
F: (202) 540-7201
mhausfeld@hausfeld.com

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MANOJKUMAR SAMATHANAM, <br><br>         PLAINTIFF, <br><br> V. <br><br> NANDASENA GOTABAYA RAJAPAKSA, A.K.A. GOTABAYA RAJAPAKSA, <br><br>         DEFENDANT. | Case No.: 19-CV-2626-JFW-PLAx <br><br> **PROOF OF SERVICE** |

PROOF OF SERVICE

# PROOF OF SERVICE

I, Elliot Robinson, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am an employee at the law firm of HAUSFELD LLP, and my office is located at 1700 K Street, NW, Suite 650, Washington, DC 20006.

On April 8, 2019, I caused to be served a true and correct copy of the following:

**NOTICE OF WITHDRAWAL OF APPLICATION TO SEAL; AND MOTION TO UNSEAL EX PARTE APPLICATION TO FILE A SEALED COMPLAINT, CIVIL COVER SHEET, AND SUMMONS AND FOR DOCUMENTS NOT TO APPEAR IN THE PUBLIC DOCKET; AND SUPPORTING DECLARATION OF BONNY E. SWEENEY; AND [PROPOSED] ORDER; AND PROOF OF SERVICE**

via U.S. standard mail on the interested parties in this action addressed as follows:

Nandasena Gotabaya Rajapaksa a.k.a. Gotabaya Rajapaksa
8340 West Big Canyon Drive
Sunland, CA 91040

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 8, 2019 at Washington, DC.

Elliot Robinson

PROOF OF SERVICE