Bonny Sweeney (SBN 176174)
bsweeney@hausfeld.com
Stephanie Cho (SBN 291903)
scho@hausfeld.com
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
T: (415) 633-1908
F: (415) 633-4980

*Attorneys for Plaintiff*
*Roy Manojkumar Samanthanam*

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY MANOJKUMAR SAMATHANAM, | Case No.: 2:19-cv-02626-JFW-PLA |
| PLAINTIFF, | **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** |
| V. | |
| NANDASENA GOTABAYA RAJAPAKSA, A.K.A. GOTABAYA RAJAPAKSA, | |
| DEFENDANT. | |

- 1 -
PLAINTIFF'S NOTICE OF INTERESTED PARTIES

1  Plaintiff Roy Manojkumar Samathanam ("Plaintiff") hereby submits his
2  Notice of Interested Parties pursuant to Local Rule 7.1-1. The undersigned, counsel
3  of record for Plaintiff, certifies that the following listed parties have a direct,
4  pecuniary interest in the outcome of the case:
5      1. Roy Manojkumar Samathanam (Plaintiff)
6      2. Nandesena Gotabaya Rajapaksa, a.k.a. Gotabaya Rajapaksa (Defendant)
7  These representations are made to enable the Court to evaluate possible
8  disqualification or recusal.

Dated: April 19, 2019

                                      */s/ Bonny E. Sweeney*
                                      BONNY E. SWEENEY

# PROOF OF SERVICE

I, Bonny E. Sweeney, declare that I am over the age of eighteen (18) and not a party to the entitled action. I am a partner at the law firm of HAUSFELD LLP, and my office is located at 600 Montgomery Street, Suite 3200, San Francisco, CA 94111.

On April 19, 2019, I caused to be served in the manner indicated below, the foregoing document described as: **PLAINTIFF'S NOTICE OF INTERESTED PARTIES** on the interested party in this action in the manner stated below:

| ☑ | By CM/ECF |
|---|---|
| ☑ | By sending via FedEx Overnight Delivery to the following address:<br><br>Nandasena Gotabaya Rajapaksa a.k.a. Gotabaya Rajapaksa<br>8340 West Big Canyon Drive<br>Sunland, CA 91040 |

Executed on April 19, 2019 at San Diego, CA.

*/s/ Bonny E. Sweeney*
Bonny E. Sweeney

- 1 -
PROOF OF SERVICE