JOHN C. ULIN (State Bar No. 165524)
John.Ulin@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000; Facsimile: (213) 243-4199

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| ROY MANOJKUMAR SAMATHANAM, | Case No.: 2:19-cv-02626-JFW-PLA |
|---|---|
| Plaintiff, | Hon. John F. Walter |
| v. | **NOTICE OF LODGING OF AMENDED [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** |
| NANDASENA GOTABAYA RAJAPAKSA, | |
| Defendant. | |

1

**NOTICE OF LODGING OF AMENDED [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the Defendant hereby lodges with the Court the **AMENDED [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)** to the **EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT;MEMORANDUM OF POINTS OF AUTHORITIES** (ECF No. 23).

Dated:  April 29, 2019

By: */s/ John C. Ulin*
John C. Ulin
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
John.Ulin@arnoldporter.com
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorney for Defendant*

2

**NOTICE OF LODGING OF AMENDED [PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY MORE THAN 30 DAYS (L.R. 8-3)**